# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com

MIRIAM M. ROBINSON (RETIRED)

BLAINE H. BORTNICK
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES W. HALTER
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
ANDREA M. PAPARELLA
MARC A. SUSSWEIN

E-mail: jhalter@liddlerobinson.com

SHERRY M. SHORE
MATTHEW J. MCDONALD
GEOFFREY R. BOWSER
JENNIFER RODRIGUEZ
J.R. ROTHSTEIN
ROBERT L. ADLER
KRISTA E. BOLLES*
CAITLIN D. BROWN*
CARA B. CHOMSKI**

*AWAITING ADMISSION
**ADMITTED IN ILLINOIS ONLY

August 25, 2014

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Ritchie v. Capital Management, L.L.C. et al. v. JPMorgan Chase & Co.;*
      Case No. 14 Civ. 2557 (LGS)

Dear Judge Schofield:

      We represent the Plaintiffs on the above-referenced matter. Pursuant to Your Honor's Individual Rules of Practice, we write on behalf of Plaintiffs to respectfully request oral argument in connection with Plaintiffs' July 22, 2014 Motion to Remand (Dkt. No. 40).

Very truly yours,

James W. Halter

cc:   Counsel of Record (via ECF)